No. 82–6046.   ZIMARDO *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 82–6047.   ENDLER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–6050.   BURT *v.* WAINWRIGHT, DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 82–6051.   BAUM ET AL. *v.* ESTATE OF GILLMAN ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–6056.   PEPPERS *v.* NEW JERSEY:   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–6117.   BROWN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6135.   STALLWORTH *v.* DETROIT BOARD OF EDUCATION ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–6139.   READY *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6153.   WILLIAMS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6171.   MURRAY *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.